DOCUMENT 1



ELECTRONICALLY FILED
5/23/2022 6:46 PM
01-CV-2022-901495.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case:<br>01<br><br>Date of Filing:<br>05/23/2022 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC v. SOUTHERN TIRE MART AT PILOT, LLC ET AL

**First Plaintiff:** ☑ Business  ☐ Individual     **First Defendant:** ☑ Business  ☐ Individual
              ☐ Government  ☐ Other                        ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING       A ☐ APPEAL FROM<br>DISTRICT COURT       O ☐ OTHER

        R ☐ REMANDED        T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO     **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**     ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
GLE001                    5/23/2022 6:46:45 PM               /s/ JOHN Dewar GLEISSNER
                          Date                               Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES ☐ NO

EXHIBIT 1

DOCUMENT 2



ELECTRONICALLY FILED
5/23/2022 6:46 PM
01-CV-2022-901495.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## In the Circuit Court of Jefferson County, Alabama – Birmingham Division

Jonathan's Heavy Equipment
Services, LLC,

      Plaintiff,

v.

Southern Tire Mart at Pilot, LLC;
Southern Tire Mart, LLC;
Pilot Travel Centers, LLC,
doing business as
Pilot Flying J,

      Defendants.

# Complaint

## Parties

1.    *Defendants.* Defendants Southern Tire Mart at Pilot, LLC, Southern Tire Mart, LLC, and Pilot Travel Centers, LLC doing business as Pilot Flying J, are limited liability companies, corporations, firms, joint venturers and/or partnerships engaged in the performance of truck oil changes, mechanical work, retail sales, and other operations providing full-service truck stops for trucking companies and truckers across 44 states and Canada. Defendants operate four (4) such truck stops in Jefferson County, Alabama and work closely together and at their many locations, as partners or closely affiliated corporations, under the name Pilot Flying J and/or Southern Tire Mart at Pilot, LLC and/or combinations of the Defendants. Defendants have employees in and are doing business in the Birmingham Division of Jefferson County, Alabama.

1

DOCUMENT 2

2.    *Plaintiff.*  Plaintiff Jonathan's Heavy Equipment Services, LLC is an Alabama LLC owned and operated by Jonathan Butler, an experienced diesel mechanic, which operates four (4) trucks and is based in St. Clair County, Alabama. Plaintiff is a regular customer of Defendants, spending thousands of dollars for fuel, supplies, and merchandise in multiple states at Pilot Flying J truck stops.

3.    *Facts.* Plaintiff's driver Jeremy Guy Johnson took Plaintiff's 18-wheeler to Defendants for a routine oil change. The facts and circumstances of the oil change were highly unusual. As a result of this oil change, Plaintiff's engine was filled with excess oil, which directly and predictably led to the failure and destruction of the engine after the heavy truck ran on the interstate highway some 18 miles after the said oil change.

The evidence clearly shows the engine was overfilled with oil: No prior diagnostic codes indicate any problems with the engine. The driver noticed no problems with the engine before the engine failure. Excessive engine oil creates foam and tremendous pressure, deprives some parts of oil, which pressure is exerted to the pistons, piston heads, and piston rods. The pressure cracked the cylinder liners, allowing coolant to enter the engine oil. Oil spewed profusely inside the frame, engine compartment, on the ground and highway pavement, and into other parts of the truck. Gallons of oil were drained from the engine far in excess of the amount the engine was designed to hold. As a result of the engine failure, piston rods were bent, a valve was bent, and two cracked and busted cylinder liners resulted, which can only come about by excessive force on the top of the piston. Excessive oil in the engine is the only factor that can cause the destruction of an engine to this extent within 18 miles of an oil change. The two oil changers who visited the scene of the blown engine came with the assumption that excessive oil was added to the engine.

DOCUMENT 2

## Count I – Negligence & Wantonness

4.      *Faulty Oil Change.* On or about November 8 or 9, 2021, the Plaintiff took one of its 18-wheelers to Defendants' Pilot Flying J Travel Center repair shop in Hurricane Mills, Tennessee (some 40 miles west of Nashville) to obtain an oil change.

The oil change was performed negligently and wantonly in several ways:

First, Defendants negligently put a crimp in the fuel filter gasket when removing it.

Second, Defendants negligently allowed Plaintiff's fuel filter to leak fuel during the oil change.

Third, Defendants did not have the proper fuel filter on hand before commencing the oil change. In removing the old fuel filter, Defendants destroyed the matching gasket or O-ring for the said used fuel filter before realizing they did not have the correct replacement part. During the course of the oil change, the lack of this necessary part was discovered. This discovery by Defendants put Plaintiff in an untenable, isolated, dependent, and awkward position. Defendants' only option was to re-use the Plaintiff's old fuel filter that had been discarded. To re-use the old fuel filter, a replacement gasket or O-ring was used. This oil change was commenced at night, meaning no proper fuel filter was obtainable that night. Defendants' oil change technicians began looking in the Defendants' shop for an O-ring to use with the old fuel filter. The activities regarding the problematic fuel filter situation distracted Defendants' employees and lengthened the time needed for the oil change.

Fourth, during the oil change, Defendants' oil changers permitted the entry of a non-mechanic and non-technician, a lady in a personal automobile, to the mechanic shop. Said lady entered the shop area with her child in a personal car driven by her and discussed personal and social topics with the two different employees who were conducting the oil change. The presence of a distracting person, in a personal car

3

DOCUMENT 2

and not performing shop work, shouting to the technician below the truck in the oil changing pit, was in violation of the Defendants' rules and regulations, Defendants' insurance obligations, safe practices, and same distracted the technicians in charge of the oil change. Defendants should have had in place a prohibition on such distracting entry into the mechanic shop owned and leased by Defendants.

Fifth, the lady who entered the shop in a personal car was thought to be an employee of Pilot Travel Centers, LLC, doing business as Pilot Flying J. Said lady negligently entered the shop area and negligently distracted the oil changers while engaged in the performance of their duties. Said individual moved her car inside the shop as she discussed things with the mechanic shop employees, as stated in the preceding paragraph.

Sixth, the Defendants' employees put too much oil in the Plaintiff's truck engine, by far, before and after showing the dipstick to Plaintiff's driver.

Seventh, Defendants negligently came to the nighttime scene of the failed engine and negligently attempted to discover the cause of the engine failure by removing the plug in the engine oil pan and misdiagnosing the significance of coolant in the engine oil. Later that night, additional employees of Defendants visited the scene of the accident with diagnostic tools and ran diagnostics, but would not disclose or did not know the significance of the diagnostic codes obtained that night. Defendants negligently and inaccurately misrepresented to Plaintiff's driver that they could determine the cause of the engine failure and that they had determined it was not Defendants' fault.

Eighth, Defendants negligently failed to prepare an incident report or accident report or preserve evidence of the incident.

5.    *Proximate Cause*. As a proximate result of Defendants' negligence or wantonness, the engine in Plaintiff's truck failed catastrophically and was destroyed.

4

DOCUMENT 2

Plaintiff's 18-wheeler was immobilized on account of the blown engine, on the interstate highway at night, some 18 miles after leaving the Pilot Flying J Truck Center. Other than overfilling the truck engine with engine oil, and failing to have the proper fuel filter on hand for the oil change, there is no other mechanical explanation for the blown truck engine 18 miles after leaving the Defendants' shop other than Defendants' negligence, wantonness, breach of contract or breach of implied warranties.

## Count II – Breach of Contract

6.     *Breach of Contract*. Defendants' employees or agents in breach of their contract of repair put too much oil in the Plaintiff's truck engine and did not have the proper fuel filter on hand before commencing the oil change. As a result of having too much oil placed in the truck engine, and perhaps as a result of the non-conforming fuel filter, the engine was destroyed about 18 miles after leaving the Defendants' shop. Defendants' work on the Plaintiff's truck did not meet the usual expectations and violated the contract of repair. Defendants' work was sub-standard.

## Count III – Breach of Implied Warranties

7.     *Breach of Implied Warranties.* Defendants breached their implied warranties of merchantability and fitness for a particular use as to the oil change, failure to have the proper fuel filter on hand, and the fuel filter and gasket forced on Plaintiff by virtue of Defendant not having the correct replacement fuel filter.

By destroying the old fuel filter before determining they did not have the correct replacement part, placing a non-conforming O-ring on the fuel filter, and placing excessive engine oil in the engine, Defendants provided and sold products to the Plaintiff that destroyed the Plaintiff's truck engine and breached their warranties of merchantability and fitness for a particular purpose.

DOCUMENT 2

Defendants received notice of these breaches of implied warranties.

## Count IV – Unfair Trade Practices

8.   *Unfair Trade Practices*. When Plaintiff first obtained his Axle Fuel Card, the Pilot Flying J fuel card, Pilot Flying J performed mechanical repairs in addition to sales of fuel, food, and drinks.  Defendants failed in their stated mission: "It's our mission to make your experience on the road the best it can be," and further state in advertising that, "We treat you like family." Instead, Defendants did not make Plaintiff's experience the best it could be, did not treat Plaintiff like family, and did not deal with Plaintiff in good faith. Defendants acted like one big company.

Defendants committed an unfair trade practice in not having the right fuel filter available for the oil change they advertise is available at their truck stops, a violation of Tenn. Code §47-18-104(c)(3):

> Failure to make available at all outlets listed in the advertisement a sufficient quantity of the advertised goods or services to meet reasonably expectable public demand, unless the advertisement clearly and conspicuously discloses that the availability of a particular good is limited and/or the goods or services are available only at designated outlets, or unless the advertisement discloses that a particular good is to be closed out or offered for a limited time.

Defendants charged Plaintiff $68.30 for a new Paccar fuel filter that Defendants did not supply and knew at the time they did not supply, in violation of Tenn. Code Annotated §47-18-104(b)(6 & 7) – UNFAIR OR DECEPTIVE ACTS PROHIBITED:

> (6) Representing that goods are original or new if they are deteriorated, altered to the point of decreasing the value, reconditioned, reclaimed, used or secondhand;

6

DOCUMENT 2

(7) Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another;

Defendants when notified of the engine failure first brought buckets to hold the excess oil they understood at the time had been placed in the engine. Defendants removed some oil with knowledge that the basic remedial step for overfilling an engine is to remove the excess oil. Defendants noticed coolant intermixed with the engine oil, and did not realize coolant gets in the engine oil after the piston liner is cracked by excessive pressure. Defendants ran diagnostic codes on the failed engine, did not disclose what those codes revealed that night, and concealed that those diagnostic codes were consistent with engine failure from overfilling and/or installing a non-compliant used fuel filter. Defendants denied fault at the scene that night with no reasonable basis to deny overfilling of the engine with oil. Defendants misrepresented to Plaintiff's driver Jeremy Guy Johnson that they could determine the cause of the engine failure and that they had determined it was not Defendants' fault. Defendants left Plaintiff's driver Jeremy Guy Johnson on the road all night alone without rendering any other assistance or disclosing facts known to them concerning the oil change. Plaintiff's owner Jonathan Butler was in repeated telephone contact with his driver Jeremy Guy Johnson that night.

Defendants continued to conceal facts from Plaintiff that indicated the engine was overfilled with engine oil, and claim not to have written an incident report. Defendants breached their duty of good faith and fair dealing arising from the activities made the basis of this suit and the substantial level of business Plaintiff places with Defendants in multiple states and over several years.

## Count V – The Separate Brake Claim

DOCUMENT 2

9.    At the same Pilot Flying J store of Defendants, Plaintiff took a truck to get a new tire installed and asked Defendants to adjust the trailer brakes. The next day, during an inspection in Missouri, the DOT found those trailer brakes out of adjustment, and unknown to our driver, a wheel seal and brake chamber were leaking, which defects should have been detected by Southern Tire Mart, LLC. Plaintiff paid Petro Joplin, Missouri $1,853.27 for the repairs and suffered 11 hours of downtime. Plaintiff claims the sum of $4,000 as damages for Defendants' negligent repair or breach of the contract of repair regarding the brake adjustment and tire installation. Defendants' work was sub-standard.

## Damages

10.    As a proximate consequence of Defendants' actions as set forth in Counts I, II, III, and IV, and considering Plaintiff's substantial and successful efforts to mitigate damages, the Plaintiff sustained the following damages:

(a)    Plaintiff had to tow the damaged truck and trailer back to Alabama, by hiring that towage for $2,000.00, and then tear down the engine to determine the extent of the damage.

(b)    Plaintiff's truck and truck engine were damaged and rendered of less value, requiring replacement of the truck engine.

(c)    Plaintiff had to drive round-trip to Georgia and back to deposit his old engine core and purchase the new engine.

(d)    Plaintiff had to find, purchase for $12,000, and pick up the new truck engine in a second round-trip to Georgia.

(e)    Plaintiff had to install the new truck engine with his own mechanical expertise, tools, equipment, and time, and claims the value of work and labor performed, $38,735.97 (less parts) according to a very reputable local truck repair shop estimate.

8

DOCUMENT 2

    (f)    Plaintiff claims interest on liquidated damages.

    (g)    Plaintiff claims punitive damages.

    (h)    Plaintiff claims treble damages under and to the extent allowed by Tenn. Code, §47-18-109.

    (i)    Plaintiff suffered the loss of use of his 18-wheeler for almost four (4) weeks at a time when there were no available replacement vehicles to rent, when the value of used trucks was increasing or had increased exponentially, when Plaintiff might have earned thousands of dollars per week, when trucks were receiving higher freight rates, when repair shops were backlogged, and when replacement parts were more difficult to find.

    (j)    Plaintiff claims of Defendants $4,000 for the separate brake claim in Count V.

    **Wherefore**, Plaintiff demands judgment against Defendants in an amount to be assessed by a jury and costs of court.

<div style="margin-left: 40%;">

John D. Gleissner
John D. Gleissner
Attorney for Plaintiff, Jonathan's
Heavy Equipment Services, LLC

</div>

John D. Gleissner
Attorney-at-Law
4232 Vestview Circle
Birmingham, AL 35242
205-503-2895
johngleissner@charter.net

    Plaintiff hereby demands a trial by struck jury.

<div style="margin-left: 40%;">

John D. Gleissner, Attorney for Plaintiff

</div>

9

DOCUMENT 2

Please serve Defendants by certified mail at:

Southern Tire Mart, LLC
800 Highway 98 Byp
Columbia, MS, 39429-8255

Pilot Travel Centers, LLC, doing business as Pilot Flying J
5508 Lonas Drive
Knoxville, Tennessee 37909

Southern Tire Mart at Pilot, LLC
c/o William Waudby, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
[has agreed to accept service of process for this defendant]

10

DOCUMENT 3



AlaFile E-Notice

01-CV-2022-901495.00

To: JOHN Dewar GLEISSNER
johngleissner@charter.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO
01-CV-2022-901495.00

The following complaint was FILED on 5/23/2022 6:46:12 PM

Notice Date:     5/23/2022 6:46:12 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

01-CV-2022-901495.00

To:   SOUTHERN TIRE MART AT PILOT, LLC
C/O WILLIAM WAUDBY, ESQ.
1500 URBAN CENTER DRIVE
BIRMINGHAM, AL, 35242

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO
01-CV-2022-901495.00

The following complaint was FILED on 5/23/2022 6:46:12 PM

Notice Date:     5/23/2022 6:46:12 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

01-CV-2022-901495.00

To:  SOUTHERN TIRE MART, LLC
     800 HIGHWAY 98 BYPASS
     COLUMBIA, MS, 39429

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO
01-CV-2022-901495.00

The following complaint was FILED on 5/23/2022 6:46:12 PM

Notice Date:     5/23/2022 6:46:12 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

01-CV-2022-901495.00

To:  PILOT TRAVEL CENTERS, LLC
5508 LONAS DRIVE
KNOXVILLE, TN, 37909

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO
01-CV-2022-901495.00

The following complaint was FILED on 5/23/2022 6:46:12 PM

Notice Date:     5/23/2022 6:46:12 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-901495.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO**

**NOTICE TO:** SOUTHERN TIRE MART AT PILOT, LLC, C/O WILLIAM WAUDBY, ESQ, 1500 URBAN CENTER DRIVE, BIRMINGHAM, AL 35242

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN Dewar GLEISSNER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 4232 Vestview Circle, BIRMINGHAM, AL 35242

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 05/23/2022 | /s/ JACQUELINE ANDERSON  SMITH | By: | |
| --- | --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.　　　　/s/ JOHN Dewar GLEISSNER

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*　　　　　　　*(Name of County)*

Alabama on _____.

*(Date)*

_____　　　　　　_____

*(Type of Process Server)*　　　　　　　*(Address of Server)*

_____　　　　　　_____

*(Server's Signature)*

_____　　　　　　_____

*(Server's Printed Name)*　　　　　　　*(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-901495.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO**

**NOTICE TO:** SOUTHERN TIRE MART, LLC, 800 HIGHWAY 98 BYPASS, COLUMBIA, MS 39429

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN Dewar GLEISSNER

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 4232 Vestview Circle, BIRMINGHAM, AL 35242

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of   JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC
pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 05/23/2022 | /s/ JACQUELINE ANDERSON SMITH | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ JOHN Dewar GLEISSNER

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____

*(Type of Process Server)*                                      *(Address of Server)*

_____          _____

*(Server's Signature)*

_____          _____

*(Server's Printed Name)*                                      *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-901495.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO**

**NOTICE TO:** PILOT TRAVEL CENTERS, LLC, 5508 LONAS DRIVE, KNOXVILLE, TN 37909

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN Dewar GLEISSNER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 4232 Vestview Circle, BIRMINGHAM, AL 35242

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 05/23/2022 | /s/ JACQUELINE ANDERSON  SMITH | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ JOHN Dewar GLEISSNER

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____
*(Type of Process Server)*        *(Address of Server)*

_____        _____
*(Server's Signature)*

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

DOCUMENT 5



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO

01-CV-2022-901495.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $23.19

Parties to be served by Certified Mail - Return Receipt Requested

SOUTHERN TIRE MART AT PILOT, LLC                          Postage: $7.73
C/O WILLIAM WAUDBY, ESQ.
1500 URBAN CENTER DRIVE
BIRMINGHAM, AL 35242

SOUTHERN TIRE MART, LLC                                   Postage: $7.73
800 HIGHWAY 98 BYPASS
COLUMBIA, MS 39429

PILOT TRAVEL CENTERS, LLC                                 Postage: $7.73
5508 LONAS DRIVE
KNOXVILLE, TN 37909

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

DOCUMENT 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOUTHERN TIRE MART AT PILOT, LLC
C/O WILLIAM WAUDBY, ESQ.
1500 URBAN CENTER DRIVE
BIRMINGHAM, AL 35242

9590 9402 7467 2055 8310 95

2. Article Number *(Transfer from service label)*

7021 1970 0000 4407 0129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

*S/C*

*CV - 22 - 901 495*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

7021 1970 0000 4407 0129

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

Postmark
Here

DOCUMENT 5

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOUTHERN TIRE MART, LLC
800 HIGHWAY 98 BYPASS
COLUMBIA, MS 39429

9590 9402 7467 2055 8311 01

2. Article Number (Transfer from service label)
7021 1970 0000 4407 0136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

S/C  D2

CV-22-961495

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

7021 1970 0000 4407 0136

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions

DOCUMENT 5

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PILOT TRAVEL CENTERS, LLC

5508 LONAS DRIVE
KNOXVILLE, TN 37909

9590 9402 7467 2055 8311 18

2. Article Number (Transfer from service label)

7021 1970 0000 4407 0143

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

s/c D₂

CV – 22 – 901495

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

7021 1970 0000 4407 0143

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

DOCUMENT 6

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOUTHERN TIRE MART AT PILOT, LLC

C/O WILLIAM WAUDBY, ESQ.

1500 URBAN CENTER DRIVE

BIRMINGHAM, AL 35242

9590 9402 7467 2055 8310 95

2. Article Number (Transfer from service label)

7021 1970 0000 4407 0129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Becky Coleman_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
_Becky Coleman_

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

S/C

CV- 22- 901495

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

DOCUMENT 6

USPS TRACKING#

9590 9402 7467 2055 8310 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

JACQUELINE ANDERSON SMITH, CLERK

ROOM 400 JEFF CO COURTHOUSE

716 RICHARD ARRINGTON JR BLVD., NO.

BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 02 2022

JACQUELINE ANDERSON SMITH
CLERK

DOCUMENT 7



AlaFile E-Notice

01-CV-2022-901495.00

Judge: PAT BALLARD

To: GLEISSNER JOHN DEWAR
johngleissner@charter.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO
01-CV-2022-901495.00

The following matter was served on 6/2/2022

**D001 SOUTHERN TIRE MART AT PILOT, LLC**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 8

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PILOT TRAVEL CENTERS, LLC

5508 LONAS DRIVE

KNOXVILLE, TN 37909



9590 9402 7467 2055 8311 18

2. Article Number (Transfer from service label)

7021 1970 0000 4407 0143

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _N Scarlott_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_GW 0962 CO19_   _5/31/22_

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   S(( D)

   CV – 22 – 901495

3. Service Type
☐ Adult Signature   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☒ Certified Mail®   ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☒ Signature Confirmation™
☐ Collect on Delivery   ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

DOCUMENT 8

USPS TRACKING #

9590 9402 7467 2055 8311 18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203


FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JUN 03 2022
JACQUELINE ANDERSON SMITH
CLERK

DOCUMENT 9



AlaFile E-Notice

01-CV-2022-901495.00

Judge: PAT BALLARD

To:  GLEISSNER JOHN DEWAR
     johngleissner@charter.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO
01-CV-2022-901495.00

The following matter was served on 5/31/2022

**D003 PILOT TRAVEL CENTERS, LLC**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



DOCUMENT 10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2 and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOUTHERN TIRE MART, LLC
800 HIGHWAY 98 BYPASS
COLUMBIA, MS 39429

9590 9402 7467 2055 8311 01

2. Article Number (Transfer from service label)

7021 1970 0000 4407 0136

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

CV-22-901495

JSC D2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DOCUMENT 11



AlaFile E-Notice

01-CV-2022-901495.00

Judge: PAT BALLARD

To:   GLEISSNER JOHN DEWAR
        johngleissner@charter.net

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC V. SOUTHERN TIRE MART AT PILO
01-CV-2022-901495.00

The following matter was not served on 6/25/2022

**D002 SOUTHERN TIRE MART, LLC**

**Corresponding To**

UNDELIVERABLE

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov